1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7                            FOR THE DISTRICT OF ARIZONA
8

| | |
|---|---|
| United States of America, | CR-24-01529-PHX-SPL (ESW) |
| Plaintiff, | |
| vs. | **ORDER TO UNSEAL INDICTMENT** |
| 1.  Varsha Patel,<br>    (Counts 1-37, 42-44) | |
| 2.  Nilam Patel,<br>    (Counts 1-37) | |
| 3.  Sarang Hospitality LLC,<br>    (Counts 1-37) | |
| 4.  Anthony Curtis,<br>    (Count 38) | |
| 5.  Otis Childers,<br>    (Count 39) | |
| 6.  Chauntelle Mills,<br>    (Count 40) | |
| 7.  Leonardo Guerrero,<br>    (Count 41) | |
| Defendants. | |

       Based upon the United States of America's Motion to Unseal Indictment, and good
cause appearing,
       **IT IS ORDERED** granting the Motion to Unseal.
       **IT IS FURTHER ORDERED** that the Clerk of the Court unseal the Indictment in
this matter.

The Court finds excludable delay under 18 U.S.C. § 3161 (h)(7) from _____ to _____.

Dated this 24th day of September, 2024.

Michael T. Morrissey

Honorable Michael T. Morrissey
United States Magistrate Judge

- 2 -